UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| ZENTENO, VINCENTE C | § | Case No. 09-20794 JPC |
| LOPEZ, MELISSA T | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
KENNETH S. GARDNER
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 12/23/2010 in Courtroom 619,
UNITED STATES BANKRUPTCY COURT
219 S. Dearborn St.
Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/23/2010                By: UNITED STATES BANKRUPTCY
                                           COURT
                                                    Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ZENTENO, VINCENTE C | § | Case No. 09-20794 JPC |
| LOPEZ, MELISSA T | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 8,000.29 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 8,000.29 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: RONALD R. PETERSON | $ 1,550.03 | $ 0.00 | $ 1,550.03 |
| Trustee Expenses: RONALD R. PETERSON | $ 9.40 | $ 0.00 | $ 9.40 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 1,559.43 |
| Remaining Balance | $ | 6,440.86 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,604.79 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | $ 11,790.96 | $ 0.00 | $ 2,966.00 |
| 000002 | Rmi/Mcsi<br>3348 Ridge Rd<br>Lansing, IL 60438 | $ 750.00 | $ 0.00 | $ 188.66 |
| 000003 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 6,099.73 | $ 0.00 | $ 1,534.38 |
| 000004 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ 1,986.38 | $ 0.00 | $ 499.67 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent PO Box 248809 Oklahoma City, OK 73124-8809 | $ 4,977.72 | $ 0.00 | $ 1,252.15 |

Total to be paid to timely general unsecured creditors        $        6,440.86

Remaining Balance                                                          $              0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: bchavez                Page 1 of 1                   Date Rcvd: Nov 24, 2010
Case: 09-20794                 Form ID: pdf006              Total Noticed: 29


The following entities were noticed by first class mail on Nov 26, 2010.
db/jdb     +Vincente C Zenteno,    Melissa T Lopez,    744 East End,    Hillside, IL 60162-1045
aty        +Kristine Kolky,    Serpe Dizonno & Associates,    1 Pierce Place, Suite 150C,
             Itasca, IL 60143-2692
tr         +Ronald R Peterson,    Jenner & Block LLP,    353 N. Clark Street,    Chicago, IL 60654-5474
14020095   +Bay Area C S,    2860 Zanker Rd,    San Jose, CA 95134-2115
14020096   +Bayview Loan,    4425 Ponce De Leon,    Coral Gables, FL 33146-1837
14020097    Bk Of Amer,    4060 Ogletown/Stan,    Newark, DE 19713
14088344    Chase,    Bank One Card Serv,    Westerville, OH 43081
14088345   +Chase,    800 Brooksedge Blv,    Westerville, OH 43081-2822
15100653    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14020098   +Chase Mtg,    10790 Rancho Berna,    San Diego, CA 92127-5705
14020099   +Citi,    Pob 6241,    Sioux Falls, SD 57117-6241
14088346   +First Suburban Bank,    150 S Fifth Ave,    Maywood, IL 60153-1308
14088347   +Gottleib Memorial Hospital,    701 W North Ave,    Melrose Park, IL 60160-1699
14020105   +Hsbc/Menards,    Pob 15521,    Wilmington, DE 19850-5521
14020106   +John and Bros Landscaping Service,    4815 S. Wood St.,    Chicago, IL 60609-4128
14020107    John and Bros Lanscaping Service,    4815 W Wood Street,    Chicago, IL 60609
15149229   +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
             PO Box 19008,    Greenville, SC 29602-9008
14020109   +Pentagroupfi,    5959 Corporate Dri,    Houston, TX 77036-2302
14020110   +Rmi/Mcsi,    3348 Ridge Rd,    Lansing, IL 60438-3112
14020116   +Shopnbc,    220 W Schrock Rd,    Westerville, OH 43081-2873
14020117   +Thd/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
14020119   +Wfnnb/Vctria,    Po Box 182128,    Columbus, OH 43218-2128
14020120   +Wlsfgr Hmmtg,    7255 Baymeadows Wa,    Jacksonville, FL 32256-6851

The following entities were noticed by electronic transmission on Nov 25, 2010.
15052184    E-mail/PDF: mrdiscen@discoverfinancial.com Nov 25 2010 03:28:01     DISCOVER BANK,
             DFS Services LLC,    PO Box 3025,    New Albany, Ohio  43054-3025
14020100    E-mail/PDF: mrdiscen@discoverfinancial.com Nov 25 2010 03:28:01     Discover Fin,   Pob 15316,
             Wilmington, DE 19850
15464837    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 25 2010 03:26:01
             Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
             Oklahoma City, OK  73124-8809
14020101   +E-mail/Text: bankruptcynotice@franklincredit.com                            Franklin Cm,
             101 Hudson St,    Jersey City, NJ 07302-3984
14020108   +E-mail/Text: bankrup@nicor.com                            Nicor Gas,    1844 Ferry Road,
             Naperville, IL 60563-9600
14020118   +Fax: 866-419-3894 Nov 25 2010 09:05:22     US Cellar,    PO Box 7835,    Madison, WI 53707-7835
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14020103*     +Gmac,    P.O. Box 2150,    Greeley, CO 80632-2150
14020111*     +Rmi/Mcsi,    3348 Ridge Rd,    Lansing, IL 60438-3112
14020112*     +Rmi/Mcsi,    3348 Ridge Rd,    Lansing, IL 60438-3112
14020113*     +Rmi/Mcsi,    3348 Ridge Rd,    Lansing, IL 60438-3112
14020114*     +Rmi/Mcsi,    3348 Ridge Rd,    Lansing, IL 60438-3112
14020115*     +Rmi/Mcsi,    3348 Ridge Rd,    Lansing, IL 60438-3112
14020102    ##+Gmac,    P.O. Box 2150,    Greeley, CO 80632-2150
14020104    ##+Hfc - Usa,    Pob 1547,    Chesapeake, VA 23327-1547
                                                                                  TOTALS: 0, * 6, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 26, 2010**                    **Signature:**    *Joseph Speetjens*