UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ZENTENO, VINCENTE C | § | Case No. 09-20794 JPC |
| LOPEZ, MELISSA T | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                                           Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:                           Claims Discharged
                                                            Without Payment:


Total Expenses of Administration:

---

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/RONALD R. PETERSON_____
                                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bayview Loan 4425 Ponce De Leon Coral Gables, FL 33146 |  |  |  |  |  |
|  | Chase Mtg 10790 Rancho Berna San Diego, CA 92127 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Franklin Cm 101 Hudson St Jersey City, NJ 07302 | | | | | |
| | Gmac P.O. Box 2150 Greeley, CO 80632 | | | | | |
| | Wlsfgr Hmmtg 7255 Baymeadows Wa Jacksonville, FL 32256 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R PETERSON, TRUSTEE | | | | | |
| RONALD R. PETERSON, TRUSTEE | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bay Area C S 2860 Zanker Rd San Jose, CA 95134 | | | | | |
| | Bk Of Amer 4060 Ogletown/Stan Newark, DE 19713 | | | | | |
| | Citi Pob 6241 Sioux Falls, SD 57117 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Fin Pob 15316 Wilmington, DE 19850 | | | | | |
| | Hfc - Usa Pob 1547 Chesapeake, VA 23327 | | | | | |
| | Hsbc/Menards Pob 15521 Wilmington, DE 19805 | | | | | |
| | John and Bros Landscaping Service 4815 S. Wood St. Chicago, IL 60609 | | | | | |
| | John and Bros Lanscaping Service 4815 W Wood Street Chicago, IL 60609 | | | | | |
| | Nicor Gas 1844 Ferry Road Naperville, IL 60563 | | | | | |
| | Pentagroupfi 5959 Corporate Dri Houston, TX 77036 | | | | | |
| | Rmi/Mcsi 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Rmi/Mcsi 3348 Ridge Rd Lansing, IL 60438 | | | | | |
| | Rmi/Mcsi 3348 Ridge Rd Lansing, IL 60438 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Rmi/Mcsi 3348 Ridge Rd Lansing, IL 60438 |  |  |  |  |  |
|  | Rmi/Mcsi 3348 Ridge Rd Lansing, IL 60438 |  |  |  |  |  |
|  | Rmi/Mcsi 3348 Ridge Rd Lansing, IL 60438 |  |  |  |  |  |
|  | Shopnbc 220 W Schrock Rd Westerville, OH 43081 |  |  |  |  |  |
|  | Thd/Cbsd Po Box 6497 Sioux Falls, SD 57117 |  |  |  |  |  |
|  | US Celllar PO Box 7835 Madison, WI 53707 |  |  |  |  |  |
|  | Wfnnb/Vctria Po Box 182128 Columbus, OH 43218 |  |  |  |  |  |
| 000003 | CHASE BANK USA, N.A. |  |  |  |  |  |
| 000001 | DISCOVER BANK |  |  |  |  |  |
| 000005 | FIA CARD SERVICES, NA/BANK OF AMERI |  |  |  |  |  |
| 000004 | PYOD LLC ITS SUCCESSORS AND ASSIGNS |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | RMI/MCSI | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit 8

| Case No: | 09-20794 | Judge: JACQUELINE P. COX | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | ZENTENO, VINCENTE C | | Date Filed (f) or Converted (c): | 06/08/09 (f) |
| | LOPEZ, MELISSA T | | 341(a) Meeting Date: | 07/20/09 |
| For Period Ending: | 03/22/11 | | Claims Bar Date: | 04/30/10 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Single Family Home 744 East End Hillside, IL | 160,000.00 | 0.00 | | 0.00 | 0.00 | 158,032.00 | 0.00 |
| 2. Rental Property 328 S. 27th Ave Belwood, IL | 161,000.00 | 0.00 | | 0.00 | 0.00 | 197,793.00 | 0.00 |
| 3. Town & Country LaJoya, Block 2, Lot 18 Hidalgo Cou | 3,000.00 | 8,000.00 | | 8,000.00 | 0.00 | 0.00 | 0.00 |
| 4. Cash | 100.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. Savings | 200.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 6. Misc. hosehold goods and furnishing | 900.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 7. Clothing | 600.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 8. Misc. furs and jewelry | 285.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 9. 2006 Chevy HHR | 5,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 10. 2000 Dodge Conv. Van | 2,800.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. 1984 Oldsmobile | 150.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.02 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $334,035.00 | $8,000.00 | | $8,001.02 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) | $355,825.00 | $0.00 |

LFORM1EX

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Ver: 16.01c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | |
|---|---|
| Case No: 09-20794    Judge: JACQUELINE P. COX | Trustee Name: RONALD R. PETERSON |
| Case Name: ZENTENO, VINCENTE C | Date Filed (f) or Converted (c): 06/08/09 (f) |
| LOPEZ, MELISSA T | 341(a) Meeting Date: 07/20/09 |
| | Claims Bar Date: 04/30/10 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 26, 2011, 9:18 p.m.  TFR approved.  Distribution checks sent to creditors.

TFR filed 11/22/10.  Final hearing 1/20/11.

Initial Projected Date of Final Report (TFR):  / /        Current Projected Date of Final Report (TFR):  / /

_____        Date: _____
RONALD R. PETERSON

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-20794 -JPC | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | ZENTENO, VINCENTE C | | Bank Name: | BANK OF AMERICA, N.A. |
| | LOPEZ, MELISSA T | | Account Number / CD #: | *******0448 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2425 | | | |
| For Period Ending: | 03/22/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/13/10 | 3 | Vicente Zenteno | | 1110-000 | 8,000.00 | | 8,000.00 |
| | | Melissa Lopez | | | | | |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.09 | | 8,000.09 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,000.29 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,000.49 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,000.69 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.20 | | 8,000.89 |
| 01/21/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.13 | | 8,001.02 |
| 01/21/11 | | Transfer to Acct #*******9182 | Final Posting Transfer | 9999-000 | | 8,001.02 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 8,001.02 | 8,001.02 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 8,001.02 | |
| Subtotal | 8,001.02 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 8,001.02 | 0.00 | |

Page Subtotals    8,001.02    8,001.02

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 11)

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-20794 -JPC | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | ZENTENO, VINCENTE C | | Bank Name: | BANK OF AMERICA, N.A. |
| | LOPEZ, MELISSA T | | Account Number / CD #: | *******9182  BofA - Checking Account |
| Taxpayer ID No: | *******2425 | | | |
| For Period Ending: | 03/22/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/21/11 | | Transfer from Acct #*******0448 | Transfer In From MMA Account | 9999-000 | 8,001.02 | | 8,001.02 |
| * 01/21/11 | 003001 | Ronald R. Peterson<br>Jenner & Block<br>353 North Clark Street<br>Chicago, Il 60654 | Trustee's compensation | 2100-003 | | 1,550.03 | 6,450.99 |
| * 01/21/11 | 003001 | Ronald R. Peterson<br>Jenner & Block<br>353 North Clark Street<br>Chicago, Il 60654 | Trustee's compensation<br>Wrong Ink | 2100-003 | | -1,550.03 | 8,001.02 |
| * 01/21/11 | 003002 | Ronald R. Peterson<br>353 ClarkStreet<br>Chicago, Ill 60654 | Trustee's expenses | 2200-003 | | 9.40 | 7,991.62 |
| * 01/21/11 | 003002 | Ronald R. Peterson<br>353 ClarkStreet<br>Chicago, Ill 60654 | Trustee's expenses<br>Wrong Ink | 2200-003 | | -9.40 | 8,001.02 |
| * 01/21/11 | 003003 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Final distribution | 7100-003 | | 3,475.25 | 4,525.77 |
| * 01/21/11 | 003003 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Final distribution<br>Read Wrong Colum on Distribution Report | 7100-003 | | -3,475.25 | 8,001.02 |
| * 01/21/11 | 003004 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Final distribution | 7100-003 | | 2,996.34 | 5,004.68 |
| * 01/21/11 | 003004 | DISCOVER BANK<br>DFS Services LLC | Final distribution<br>Wrote Wrong Amount | 7100-003 | | -2,996.34 | 8,001.02 |

Page Subtotals        8,001.02         0.00

Ver: 16.01c

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-20794 -JPC | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | ZENTENO, VINCENTE C | | Bank Name: | BANK OF AMERICA, N.A. |
| | LOPEZ, MELISSA T | | Account Number / CD #: | *******9182 BofA - Checking Account |
| Taxpayer ID No: | *******2425 | | | |
| For Period Ending: | 03/22/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 01/21/11 | 003005 | PO Box 3025<br>New Albany, Ohio 43054-3025<br>DISCOVER BANK<br>DFS Services LLC | Final distribution | 7100-003 | | 2,966.34 | 5,034.68 |
| * 01/21/11 | 003005 | PO Box 3025<br>New Albany, Ohio 43054-3025<br>DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Final distribution<br>Wrong Ink | 7100-003 | | -2,966.34 | 8,001.02 |
| * 01/21/11 | 003006 | Rmi/Mcsi<br>3348 Ridge Rd<br>Lansing, IL 60438 | Final distribution | 7100-003 | | 188.68 | 7,812.34 |
| * 01/21/11 | 003006 | Rmi/Mcsi<br>3348 Ridge Rd<br>Lansing, IL 60438 | Final distribution<br>Wrong Ink | 7100-003 | | -188.68 | 8,001.02 |
| * 01/21/11 | 003007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final distribution | 7100-003 | | 1,534.56 | 6,466.46 |
| * 01/21/11 | 003007 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final distribution<br>Wrong Ink | 7100-003 | | -1,534.56 | 8,001.02 |
| * 01/21/11 | 003008 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Final distribution | 7100-003 | | 499.73 | 7,501.29 |
| * 01/21/11 | 003008 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services | Final distribution<br>Wrong Ink | 7100-003 | | -499.73 | 8,001.02 |

Page Subtotals 0.00 0.00

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-20794 -JPC | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | ZENTENO, VINCENTE C | | Bank Name: | BANK OF AMERICA, N.A. |
| | LOPEZ, MELISSA T | | Account Number / CD #: | *******9182 BofA - Checking Account |
| Taxpayer ID No: | *******2425 | | | |
| For Period Ending: | 03/22/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 01/21/11 | 003009 | PO Box 19008<br>Greenville, SC 29602-<br>Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Final distribution | 7100-003 | | 1,252.28 | 6,748.74 |
| * 01/21/11 | 003009 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Final distribution<br>Wrong Ink | 7100-003 | | -1,252.28 | 8,001.02 |
| 01/21/11 | 003010 | Ronald R Peterson, Trustee<br>353 North Clark Street<br>Chicago, Illinois | Trustee Compensation | 2100-000 | | 1,550.03 | 6,450.99 |
| 01/21/11 | 003011 | Ronald R. Peterson, Trustee<br>353 North Clark Street<br>Chicago, Illinois 60654 | Trustee Expenses | 2200-000 | | 9.40 | 6,441.59 |
| 01/24/11 | 003012 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Final distribution | 7100-000 | | 2,966.34 | 3,475.25 |
| 01/24/11 | 003013 | Rmi/Mcsi<br>3348 Ridge Rd<br>Lansing, IL 60438 | Final distribution | 7100-000 | | 188.68 | 3,286.57 |
| 01/24/11 | 003014 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final distribution | 7100-000 | | 1,534.56 | 1,752.01 |
| 01/24/11 | 003015 | PYOD LLC its successors and<br> assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services | Final distribution | 7100-000 | | 499.73 | 1,252.28 |
| | | | Page Subtotals | | 0.00 | 6,748.74 | |

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-20794 -JPC | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | ZENTENO, VINCENTE C | Bank Name: | BANK OF AMERICA, N.A. |
| | LOPEZ, MELISSA T | Account Number / CD #: | *******9182 BofA - Checking Account |
| Taxpayer ID No: | *******2425 | | |
| For Period Ending: | 03/22/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/24/11 | 003016 | PO Box 19008<br>Greenville, SC 29602-<br>Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Final distribution | 7100-000 | | 1,252.28 | 0.00 |

```
                                    COLUMN TOTALS                    8,001.02      8,001.02       0.00
                           Less:  Bank Transfers/CD's                8,001.02          0.00
                                    Subtotal                             0.00      8,001.02
                           Less:  Payments to Debtors                                  0.00
                                    Net                                  0.00      8,001.02

                                                                                    NET          ACCOUNT
                                    TOTAL - ALL ACCOUNTS           NET DEPOSITS  DISBURSEMENTS   BALANCE
        Money Market Account (Interest Earn - ********0448           8,001.02          0.00       0.00
                     BofA - Checking Account - ********9182              0.00      8,001.02       0.00
                                                                   -----------    -----------   ---------
                                                                     8,001.02      8,001.02       0.00
                                                                   ===========    ===========   =========
                                                                  (Excludes Account (Excludes Payments  Total Funds
                                                                     Transfers)    To Debtors)    On Hand
```

Page Subtotals         0.00      1,252.28

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*